1  Jonathan Gross, State Bar No. 122010
   jgross@moundcotton.com
2  Melissa Dubbs, State Bar No. 163650
   mdubbs@moundcotton.com
3  MOUND COTTON WOLLAN & GREENGRASS LLP
   2200 Powell Street, Suite 1050
4  Emeryville, California 94608
   Telephone: (510) 900-9371
5  Facsimile:  (510) 900-9381

6  Attorneys for NATIONAL SURETY
   CORPORATION
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 KUNDE ENTERPRISES, INC.; VINTAGE      Case No.   3:19-cv-06636-SK
   WINE ESTATES, INC.,
12                                        **[PROPOSED] ORDER ON DEFENDANT
                                          NATIONAL SURETY CORPORATION'S**
13         Plaintiff,                     **MOTION TO DISMISS OR SEVER FOR
                                          MISJOINDER PURSUANT TO FEDERAL**
14 v.                                     **RULES OF CIVIL PROCEDURE RULES 20
                                          AND 21.**
15 NATIONAL SURETY CORPORATION;
   CERTAIN UNDERWRITERS AT LLOYD'S
16 LONDON; RSA INSURANCE GROUP;
   LIBERTY SPECIALTY MARKETS
17 INSURANCE GROUP; NAVIGATORS
   UNDERWRITING AGENCY LIMITED;
18 BRIT GLOBAL SPECIALTY; TRAVELERS
   MARINE CARGO,
19
           Defendants.
20

21         Defendant National Surety Corporation's motion to dismiss or sever Plaintiff Vintage Wine

22 Estates, Inc. and Defendants Certain Underwriters at Lloyd's London; RSA Insurance Group;

23 Liberty Specialty Markets Insurance Group; Navigators Underwriting Agency Limited; Brit Global

24 Specialty; Travelers Marine Cargo filed under Federal Rules of Civil Procedure , Rules 20 and 21

25 for misjoinder came on for hearing in this Court on November 25, 2019, at 9:30 a.m., in Courtroom

26 C before the Honorable Magistrate Sallie Kim, United States Magistrate Judge. Counsel for

27 Defendant National Surety Corporation, Counsel for Defendants Certain Underwriters at Lloyd's

28 London; RSA Insurance Group; Liberty Specialty Markets Insurance Group; Navigators

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET  SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371  FACSIMILE: (510) 900-9381

1   Underwriting Agency Limited; Brit Global Specialty; and Travelers Marine Cargo and Plaintiff

2   Vintage Wine Estates, Inc. appeared at the hearing.  Having considered the National Surety's

3   motion and Vintage Wine Estates, Inc.'s opposition, the other pleadings and documents on file in

4   this case, and the arguments of the parties, the Court finds that Plaintiff Vintage Wine Estate, Inc.

5   has misjoined its claims and damages with the claims and damages asserted by Plaintiff Kunde

6   Enterprises, Inc.  Accordingly, the Court hereby GRANTS National Surety's motion, and

7   [dismisses without prejudice] [severs] Defendants' Certain Underwriters at Lloyd's London; RSA

8   Insurance Group; Liberty Specialty Markets Insurance Group; Navigators Underwriting Agency

9   Limited; Brit Global Specialty; and Travelers Marine Cargo and Plaintiff Vintage Wine Estates,

10  Inc. from this action.

11

12  IT IS SO ORDERED.

13  Dated:                                          _____

14                                                  Magistrate Judge Sallie Kim

15

16

17  859705.1

18

19

20

21

22

23

24

25

26

27

28

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371   FACSIMILE: (510) 900-9381

[PROPOSED] ORDER ON NATIONAL SURETY'S MOTION TO SEVER/DISMISS FOR
MISJOINDER