Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Melissa A. Dubbs, State Bar No. 163650
mdubbs@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Telephone: (510) 900-9371
Facsimile: (510) 900-9381

Attorneys for NATIONAL SURETY
CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUNDE ENTERPRISES, INC.; VINTAGE WINE ESTATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL SURETY CORPORATION; CERTAIN UNDERWRITERS AT LLOYD'S LONDON; RSA INSURANCE GROUP; LIBERTY SPECIALTY MARKETS INSURANCE GROUP; NAVIGATORS UNDERWRITING AGENCY LIMITED; BRIT GLOBAL SPECIALTY; TRAVELERS MARINE CARGO, <br><br> Defendants. | Case No. 3:19-cv-06636-SK <br><br> **DEFENDANT NATIONAL SURETY CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS OR SEVER PLAINTIFF VINTAGE WINE ESTATES, INC. AND DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S LONDON; RSA INSURANCE GROUP; LIBERTY SPECIALTY MARKETS INSURANCE GROUP; NAVIGATORS UNDERWRITING AGENCY LIMITED; BRIT GLOBAL SPECIALTY; TRAVELERS MARINE CARGO FROM THIS ACTION FOR MISJOINDER UNDER FEDERAL RULES OF CIVIL PROCEDURE, RULES 20 AND 21** <br><br> Date: November 25, 2019 <br> Time: 9:30 a.m. <br> Crtm: C <br> Judge: Magistrate Sallie Kim |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 25, 2019 1t 9:30 a.m., in Courtroom C, located at 450 Golden Gate Ave, San Francisco, CA 94102, Defendant, National Surety Corporation will move for an order dismissing without prejudice or severing Plaintiff Vintage

1
DEFENDANT NATIONAL SURETY CORPORATION'S NOTICE OF MOTION AND
MOTION TO DISMISS OR SEVER

Wine Estates, Inc. and Defendants Certain Underwriters at Lloyd's London; RSA Insurance Group; Liberty Specialty Markets Insurance Group; Navigators Underwriting Agency Limited; Brit Global Specialty; and Travelers Marine Cargo from this action. Once the Court has set a date, Defendant National Surety will amend this Notice.

This motion is made pursuant to Rule 20 and Rule 21 of the Federal Rules of Civil Procedure and is based on the fact that Plaintiff Vintage Wine Estates Inc, asserts no right to relief against Defendant National Surety Corporation. All of Plaintiff Vintage Wine Estate Inc.'s alleged claims and damages are directed solely to the other named defendants.

This motion is based on this Notice of Motion, the attached memorandum of points and authorities in support thereof, the pleadings and documents on file in this case, and such other evidence and argument as may be presented at the hearing on this motion.

Dated: October 16, 2019     MOUND COTTON WOLLAN & GREENGRASS LLP

By: /s/Melissa Dubbs
Jonathan Gross
Melissa A. Dubbs
Attorneys for Defendant NATIONAL SURETY CORPORATION