1 | G. GEOFFREY ROBB (131515)
    MICHELLE L. TOMMEY (196166)
2 | ANNA GOURGIOTOPOULOU (304998)
    GIBSON ROBB & LINDH LLP
3 | 201 Mission Street, Suite 2700
    San Francisco, California 94105
4 | Telephone:    (415) 348-6000
    Facsimile:    (415) 348-6001
5 | Email:        grobb@gibsonrobb.com
                  mtommey@gibsonrobb.com
6 |               awald@gibsonrobb.com

7 | Attorneys for Defendants ROYAL & SUN
    ALLIANCE INSURANCE PLC (incorrectly
8 | named herein as RSA INSURANCE GROUP);
    CERTAIN UNDERWRITES AT LLOYD'S
9 | LONDON as follows: LIBERTY SYNDICATE
    4472 (incorrectly named herein as LIBERTY
10 | SPECIALTYMARKETS INSURANCE GROUP),
    NAVIGATORS SYNDICATE 1221 (incorrectly
11 | named herein as NAVIGATORS UNDERWRITING
    AGENCY LIMITED), BRIT SYNDICATE 2987
12 | (incorrectly named herein as BRIT GLOBAL
    SPECIALTY), and TRAVELERS SYNDICATE
13 | 5000 (incorrectly named herein as TRAVELERS
    MARINE CARGO)

14

15 |                    UNITED STATES DISTRICT COURT

16 |                    NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  KUNDE ENTERPRISES, INC.; VINTAGE WINE ESTATES, INC., | Case No. 3:19-cv-06636-SK |
| 19       Plaintiff(s), | **JOINDER IN NOTICE OF REMOVAL OF ACTION** |
| 20       v. | |
| 21 NATIONAL SURETY CORPORATION; CERTAIN UNDERWRITES AT LLOYD'S LONDON; RSA INSURANCE GROUP; LIBERTY SPECIALTY MARKETS INSURANCE GROUP; NAVIGATORS UNDERWRITING AGENCY LIMITED; BRIT GLOBAL SPECIALTY; TRAVELERS MARINE CARGO, | |
| 26       Defendant(s). | |

28 | / / /

JOINDER IN NOTICE OF REMOVAL OF ACTION
Case No. 3:19-cv-06636-SK; Our File No. 3517.11

1  Defendants ROYAL & SUN ALLIANCE INSURANCE PLC (incorrectly named herein as
2 RSA INSURANCE GROUP) and CERTAIN UNDERWRITERS AT LLOYD'S LONDON as
3 follows: LIBERTY SYNDICATE 4472 (incorrectly named herein as LIBERTY SPECIALTY
4 MARKETS INSURANCE GROUP), NAVIGATORS SYNDICATE 1221 (incorrectly named herein
5 as NAVIGATORS UNDERWRITING AGENCY LIMITED), BRIT SYNDICATE 2987 (incorrectly
6 named herein as BRIT GLOBAL SPECIALTY), and TRAVELERS SYNDICATE 5000 (incorrectly
7 named herein as TRAVELERS MARINE CARGO) hereby join in Defendant NATIONAL SURETY
8 CORPORATION'S Notice of Removal to this Court of the state court action described in the said
9 Notice of Removal.  Defendant CERTAIN UNDERWRITERS AT LLOYD'S LONDON is not a
10 separate entity, but simply a manner of referring collectively to the Lloyd's syndicates listed herein.

Respectfully submitted,

Dated: October 17, 2019                    GIBSON ROBB & LINDH LLP


/s/ G. GEOFFREY ROBB
G. GEOFFREY ROBB
grobb@gibsonrobb.com
Attorney for Defendants ROYAL & SUN
ALLIANCE INSURANCE PLC and CERTAIN
UNDERWRITES AT LLOYD'S LONDON as
follows: LIBERTY SYNDICATE 4472;
NAVIGATORS SYNDICATE 1221,
BRIT SYNDICATE 2987; TRAVELERS
SYNDICATE 5000