Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Melissa Dubbs, State Bar No. 163650
mdubbs@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Telephone: (510) 900-9371
Facsimile:  (510) 900-9381

Attorneys for NATIONAL SURETY CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUNDE ENTERPRISES, INC.; VINTAGE WINE ESTATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SURETY CORPORATION; CERTAIN UNDERWRITERS AT LLOYD'S LONDON; RSA INSURANCE GROUP; LIBERTY SPECIALTY MARKETS INSURANCE GROUP; NAVIGATORS UNDERWRITING AGENCY LIMITED; BRIT GLOBAL SPECIALTY; TRAVELERS MARINE CARGO,<br><br>Defendants. | Case No. 3:19-cv-06636-SK<br><br>**NATIONAL SURETY CORPORATION'S NOTICE OF DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br>**[F.R.C.P. Rule 7.1]** |

PLEASE TAKE NOTICE that, in accordance with Federal Rules of Civil Procedure, Rule 7.1, Defendant National Surety Corporation identifies the following non-party interested entities:

1. National Surety Corporation, an Illinois corporation, is a wholly owned subsidiary of Fireman's Fund Insurance Company, a California corporation. Fireman's Fund Insurance Company is a wholly owned subsidiary of Allianz Global Risks US Insurance Company, an Illinois corporation, which is a wholly owned subsidiary of Allianz of America, Inc., a Delaware corporation. Allianz of America, Inc. is a wholly owned subsidiary of Allianz Europe B.V., a private limited liability company registered in the Netherlands, which is a wholly owned subsidiary

of Allianz SE, a European company.

2. Allianz SE is a publicly held company that indirectly holds 10% or more of Fireman's Fund Insurance Company (and its subsidiaries, including National Surety Corporation).

3. Allianz SE is a publicly held company that indirectly holds 10% or more of Fireman's Fund Insurance Company (and its subsidiaries, including National Surety Corporation).

Dated: October 17, 2019                     MOUND COTTON WOLLAN & GREENGRASS LLP

By: /s/Melissa Dubbs
Jonathan Gross
Melissa Dubbs
Attorneys for Plaintiff NATIONAL SURETY CORPORATION