LATHAM & WATKINS LLP
 Brook B. Roberts (SBN: 214794)
  (*brook.roberts@lw.com*)
 John M. Wilson (SBN: 229484)
  (*john.wilson@lw.com*)
 Steven Lesan (SBN: 294786)
  (*steven.lesan@lw.com*)
 Melanie J. Grindle (SBN: 311047)
  (*melanie.grindle@lw.com*)
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

*Attorneys for Plaintiffs*
*Kunde Enterprises, Inc.*
*Vintage Wines Estates, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KUNDE ENTERPRISES, INC.; VINTAGE WINE ESTATES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SURETY CORPORATION; CERTAIN UNDERWRITERS AT LLOYD'S LONDON; RSA INSURANCE GROUP; LIBERTY SPECIALTY MARKETS INSURANCE GROUP; NAVIGATORS UNDERWRITING AGENCY LIMITED; BRIT GLOBAL SPECIALTY; TRAVELERS MARINE CARGO, <br><br> Defendants. | CASE NO. 4:19-cv-06636-JSW <br><br> **DECLARATION OF PAT RONEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT NATIONAL SURETY CORPORATION'S MOTION TO DROP (DISMISS WITHOUT PREJUDICE) OR SEVER PLAINTIFF VINTAGE WINE ESTATES, INC. AND DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S LONDON, RSA INSURANCE GROUP, LIBERTY SPECIALTY MARKETS INSURANCE GROUP, NAVIGATORS UNDERWRITING AGENCY LIMITED, BRIT GLOBAL SPECIALTY AND TRAVELERS MARINE CARGO** <br><br> Judge: Hon. Jeffrey S. White <br> Date: December 20, 2019 <br> Time: 9:00 A.M. <br> Courtroom: 5, 2nd Floor |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

CASE NO. 4:19-CV-06636-JSW
P. RONEY DECL. ISO OPP. TO
DEFENDANTS' MOTION TO SEVER

I, Pat Roney, declare and certify to the Court as follows:

1. I have sufficient personal knowledge of the facts set forth herein that if called as a witness, I could and would testify competently to those facts under oath. In making this declaration, I expressly reserve all applicable privileges and protections.

2. I am the CEO and Founding Partner of Vintage Wine Estates, Inc. ("VWE").

3. Additionally, I serve as the President of Kunde Enterprises, Inc. ("Kunde"), and sit on Kunde's board of directors. In the course of my service on Kunde's board, I have taken part in, among other things, Kunde's insurance-related decisions.

4. In February 2010, I and VWE's other owner purchased a minority stake in Kunde. The purchase made VWE the managing partner of Kunde. The deal also permitted VWE and Kunde to pool resources in their winemaking ventures; for example, certain of VWE's wines are made at Kunde's estates.

5. Attached hereto as Exhibit A is a true and correct copy of a February 17, 2010 article, entitled *Vintage Wine Estates takes minority stake in Kunde*, currently accessible at *https://www.northbaybusinessjournal.com/csp/mediapool/sites/NBBJ/IndustryNews/story.csp?cid=4174406&sid=778&fid=181*.

6. Attached hereto as Exhibit B is a true and correct copy of a February 17, 2010 article, entitled *Santa Rosa group acquires interest in Kunde winery*, currently accessible at *https://www.pressdemocrat.com/news/2237984-181/santa-rosa-group-acquires-interest*.

7. Attached hereto as Exhibit C is a true and correct copy of an April 3, 2019 letter from RSA Insurance Group to Greg Skorheim, regarding VWE's insurance claims related to the October 2017 wildfires.

8. Attached hereto as Exhibit D is a true and correct copy of a March 14, 2019 letter from National Surety Corporation to Greg Skorheim, regarding Kunde's insurance claims related to the October 2017 wildfires.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

2

CASE NO. 4:19-CV-06636-JSW
P. RONEY DECL. ISO OPP. TO
DEFENDANTS' MOTION TO SEVER

1     I declare under penalty of perjury that the foregoing is true and correct. This declaration
2 was executed on November 15, 2019 in Santa Rosa, California.

_____
Pat Roney

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

3

CASE NO. 4:19-CV-06636-JSW
P. RONEY DECL. ISO OPP. TO
DEFENDANTS' MOTION TO SEVER