# EXHIBIT A

NBBJ Events    Construction    Wine Industry    Cannabis    Real Estate    Law    Manufacturing    Financial Services    Columns

# Vintage Wine Estates takes minority stake in Kunde

**JQUACKENBUSH**
February 17, 2010



Order Article Reprint

KENWOOD -- Santa Rosa-based Vintage Wine Estates, a growing portfolio of wine operations including Windsor Vineyards and Girard Winery, purchased a minority stake in Kunde Family Estate winery in Kenwood.

The value of the deal wasn't disclosed. However, it didn't include the 1,850-acre winery estate and its 700 acres of vines, which the Kunde family continues to own.

The deal makes Vintage managing partner in the winery, but the family will still be involved with the operation and continue to make the family brand, according to Pat Roney, a partner in Vintage with Leslie Rudd, founder of gourmet grocer Dean & DeLuca.

"It will create efficiencies in sales and marketing," Mr. Roney said today.

The deal with Kunde gives Vintage potential for excess bottling capacity and a retail venue on Sonoma Highway. The use permit for the Kenwood winery allows bottling of 200,000 cases of wine a year. Current production of the Kunde brand is 100,000 cases, according to Mr. Roney.

W.J. Deutsche & Sons of New York handles marketing for the Kunde brand, but Vintage also will offer marketing support, he said.

Vintage Wine Estates (link) acquired direct-to-consumer telemarketing capabilities with the acquisition of Windsor Vineyards along with International Wine Accessories from Foster's Group in 2007.

To that has been added production of private-label wines for undisclosed retailers and some co-packing for client brands, according to Mr. Roney. The company also has acquired several North Coast boutique wineries and brands and is creating one called Windsor Sonoma.

Mr. Roney's relationship with the family started nearly 20 years ago. From 1992 to 1994 he was chief executive officer of the winery, which opened in 1990.

## MOST POPULAR



1  PG&E to cut power to 36,300 in North Bay

2  PG&E potential power shutoff reduced to 36,300 North Bay customers

3  Cost of PG&E power shutoff steep for hotels, survey says

4  North Bay business briefs: SRJC, Pet Wants Marin and more

5  Exchange Bank Q3 earnings down 2% amid costs of going digital

6  California requires cannabis testing, but where are the labs?

7  North Bay professionals news: BioMarin, Summit bank, Vallejo and more

8  Bear Republic plans to close Healdsburg pub

## Hide Reader Comments

0 Comments North Bay Business Journal Login

Recommend Tweet Share Sort by Best

Start the discussion…

LOG IN WITH

OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

ALSO ON NORTH BAY BUSINESS JOURNAL

**Amazon plans to open 4-Star store in Marin County in time for Black Friday**

1 comment • 20 days ago

46Shasta19 — Will they be paying a living wage with benefits wherever they open?

**Gov. Newsom vetoes toll system for San Francisco's crooked Lombard Street**

1 comment • 5 days ago

Trafficinthesky — Newsom vetoed a new tax? WOW

**PG&E considers new power outage for North Bay**

1 comment • 2 days ago

William Krebs — Annnnnd, it's BOHICA time again.

**California contract worker bill could bring employers lawsuits, fines for misclassifying workers**

2 comments • a month ago

GAJ — Another law that should have been more narrowly written so that Lawyers don't turn this into a feeding frenzy which is what happened with the California only Unruh Act.

Subscribe Add Disqus to your siteAdd DisqusAdd Disqus' Privacy PolicyPrivacy PolicyPrivacy

## OUR NETWORK

