LATHAM & WATKINS LLP
  Brook B. Roberts (SBN: 214794)
    (*brook.roberts@lw.com*)
  James A. Tabb (SBN: 208188)
    (*jimmy.tabb@lw.com*)
  Michael L. Huggins (SBN: 305562)
    (*michael.huggins@lw.com*)
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

Attorneys for Plaintiff
Kunde Enterprises, Inc.

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KUNDE ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL SURETY CORPORATION, <br><br> Defendant. | CASE NO. 4:19-cv-06636-JSW <br><br> **STIPULATED FACTS FOR PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** <br><br> Judge: Hon. Jeffrey S. White |

Pursuant to the Court's Order Regarding Joint Request to Set Briefing Schedule for Cross-Motions for Summary Judgment (Dkt. 56), Plaintiff KUNDE ENTERPRISES, INC. ("Kunde") and Defendant NATIONAL SURETY CORPORATION ("National Surety") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly stipulate to the following facts for reference in the Parties' cross-motions for summary judgment (or partial summary judgment):

1. Kunde is a family operated winery and vineyard in Kenwood (Sonoma County), California, that grows grapes and produces multiple tiers of wine crafted from the grapes grown on its Sonoma Valley ranch. Kunde also purchases grapes from third-party growers for a separate line of products that are not marketed as estate-bottled wine.

2. Kunde purchased a property insurance policy from National Surety under policy number S95-MZX-80977326 for the period April 1, 2017 through April 1, 2018 (the "Policy").

3. The Policy's Property-Gard Business and Real and Personal Property coverage form has limits of $35,060,173. The Policy includes a Property-Gard Select - Perishable Stock Coverage form with a $1 million sublimit.

4. The Property-Gard Business and Real and Personal Property coverage form "insures all risks of direct physical loss or damage" to covered property, "except as excluded or limited elsewhere in this Coverage Section."

5. In October 2017, a series of wildfires raged across Northern California, including in Napa and Sonoma Counties. The Nuns Fire, centered in the areas to the east and north of the city of Sonoma, merged with several other fires, growing to over 54,000 acres in size (the "Wildfires"). Air quality in the areas affected by the Wildfires reached "hazardous" levels during the Wildfires, the most dangerous on the EPA scale, which included significant levels of smoke and other particulates.

6. Smoke from the Wildfires infiltrated Kunde's vineyards and winemaking facilities and the finished wine conveyed strong aromas and undesirable tastes, destroying the marketability of the wine beyond mere salvage value.

7. The smoke taint occurred to two groups. The "Watch List" wines consisted of 15 lots made from grapes that were harvested before the Wildfires began. The "Fire Lot" wines consisted of 32 lots made from grapes harvested October 20-30, 2017.

8. Beginning on October 16, 2017, Kunde exchanged emails with its broker, Hub International. Kunde provided initial notice of loss and claim to National Surety on October 16, 2017.

9. Kunde's initial notice of loss and claim to National Surety on October 16, 2017, was a timely tender for coverage under the Policy. Kunde, its broker, and National Surety participated in a conference call on October 17, 2017. Kunde thereafter provided further information regarding its claimed losses, including on July 2, 2018, August 22, 2018, August 31, 2018, March 11, 2019, and February 12, 2020.

10. On October 9, 2018, National Surety provided a letter to Kunde regarding coverage.

11. On October 22, 2018, Greg Skorheim, on behalf of Kunde, objected via email to National Surety's coverage position.

12. Following National Surety's requests for additional information and Kunde's response to the same, on March 14, 2019, National Surety provided a further coverage letter to Kunde, stating National Surety's position that the Policy provides coverage for the Watch List under the Policy's Perishable Stock Coverage form which had a sublimit of $1 million. The letter also stated National Surety's position that the Policy did not provide coverage for the Fire Lot.

13. On August 22, 2018, Latham & Watkins ("Latham"), on behalf of Kunde, objected by letter to National Surety's coverage position and requested further reconsideration and indemnification of Kunde's loss.

14. On September 12, 2019, National Surety responded to Latham's letter maintaining its coverage position.

15. On January 21, 2021, National Surety took the Examination of Oath of Pat Roney and Zach Long in connection with this matter.

16. On March 5, 2021, National Surety sent Latham a revised coverage position letter with a report from its forensic accountants, Baker Tilly.

17. On March 19, 2021, Latham responded by letter to National Surety objecting to its position and the report from Baker Tilly.

18. National Surety has paid Kunde $1 million for damage to the Watch List, which the parties agreed "will not operate as an accord and satisfaction of, or settlement of, or waiver of Kunde's claims and positions (or any portion thereof)." National Surety has not paid any other amount toward Kunde's losses due to smoke taint.

IT IS SO STIPULATED.

Date: February 18, 2022                MOUND COTTON WOLLAN & GREENGRASS LLP

                                       By:   /s/ Melissa A. Dubbs
                                             Melissa A. Dubbs
                                             Jonathan Gross
                                             *Attorneys for Defendant*
                                             *National Surety Corporation*

Dated: February 18, 2022               LATHAM & WATKINS LLP

                                       By:   /s/ James A. Tabb
                                             James A. Tabb
                                             *Attorney for Plaintiff*
                                             *Kunde Enterprises, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated:  February 18, 2022

                                                                        */s/ James A. Tabb*
                                                                           James A. Tabb