LATHAM & WATKINS LLP
  Brook B. Roberts (SBN: 214794)
    (*brook.roberts@lw.com*)
  James A. Tabb (SBN: 208188)
    (*jimmy.tabb@lw.com*)
  Michael L. Huggins (SBN: 305562)
    (*michael.huggins@lw.com*)
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

Attorneys for Plaintiff
Kunde Enterprises, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KUNDE ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL SURETY CORPORATION, <br><br> Defendant. | CASE NO. 4:19-cv-06636-JSW <br><br> **DECLARATION OF JAMES A. TABB IN SUPPORT OF PLAINTIFF KUNDE ENTERPRISES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Hearing Date: May 6, 2022 <br> Time: 9:00 a.m. <br> Courtroom: 5 <br><br> Pre-Trial Conference Date: March 14, 2022 <br> Trial Date: May 16, 2022 |

I, James A. Tabb, declare as follows:

1. I am an attorney at the law firm of Latham & Watkins, LLP and counsel of record for Plaintiff Kunde Enterprises, Inc. ("Kunde"). I am licensed to practice in the State of California and am a member in good standing of the United States District Court for the Northern District of California. The below Declaration is based on my personal knowledge or on information I have received and believe to be true; and if called upon, I could and would testify competently thereto. Pursuant to Local Rule 7-5, I submit this declaration in support of Kunde's Motion for Partial Summary Judgment and Kunde's Request for Judicial Notice in support thereof, filed concurrently herewith.

2. Attached as **Exhibit 9** to the Appendix of Joint Exhibits in Support of Parties' Cross-Motions for Summary Judgment ("Joint Appendix") are excerpts from the California Department of Forestry and Fire Protection's ("CAL FIRE") published a report titled "2017 Wildfire Activity Statistics," dated April 2019, which my office obtained from the CAL FIRE website, at https://www.fire.ca.gov/media/10059/2017_redbook_final.pdf. Rather than including the entire 53-page report, the excerpted portions are the title pages, table of content, and Table 5 depicting "Large Fires 300 Acres and Greater – State and Contract Counties Direct Protection Area."

3. Attached as **Exhibit 10** to the Joint Appendix is a true and correct copy of a map published by the Metropolitan Transportation Commission ("MTC," the transportation planning, financing and coordinating agency for the San Francisco Bay Area), titled "2017 North Bay Wildfire Affected Areas," which my office obtained from the MTC website, at https://mtc.ca.gov/sites/default/files/motm_11_09_17.pdf (note that the map also references CAL FIRE as a source of the map).

4. Attached as **Exhibit 11** to the Appendix is a true and correct copy of a printout my office made from the Google Map website reflecting the location of Kunde Estate is located at 9825 Sonoma Hwy, Kenwood, CA 95452, in Sonoma County. A true and correct copy of a map of Kunde's location that my office obtained from the Google Maps website is attached as **Exhibit 11** to the Joint Appendix.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

2

CASE NO. 4:19-cv-06636-JSW
DECLARATION OF J. TABB ISO
KUNDE'S MOTION FOR PARTIAL SUMM. J.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed in
2  San Diego, California on February 18, 2022.

James A. Tabb

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

3

CASE NO. 4:19-cv-06636-JSW
DECLARATION OF J. TABB ISO
KUNDE'S MOTION FOR PARTIAL SUMM. J.