| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Brook B. Roberts (SBN: 214794) <br>     (*brook.roberts@lw.com*) |
| 3 |    James A. Tabb (SBN: 208188) <br>     (*jimmy.tabb@lw.com*) |
| 4 |    Michael L. Huggins (SBN: 305562) <br>     (*michael.huggins@lw.com*) |
| 5 | 12670 High Bluff Drive |
| 6 | San Diego, California 92130 <br> Telephone: +1.858.523.5400 |
| 7 | Facsimile: +1.858.523.5450 |
| 8 | Attorneys for Plaintiff |
| 9 | Kunde Enterprises, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KUNDE ENTERPRISES, INC., | CASE NO. 4:19-cv-06636-JSW |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| NATIONAL SURETY CORPORATION, | Judge: Hon. Jeffrey S. White |
| Defendant. | |

I am employed in the County of San Diego, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 12670 High Bluff Drive, San Diego, CA  92130.

On February 18, 2022, I caused the following document(s) to be served:

- **[UNREDACTED] EXHIBITS 3 AND 13 TO JOINT APPENDIX OF EXHIBITS IN SUPPORT OF PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT**

via electronic mail delivery to the person(s), address(es), and email address(es) set forth below:

Jonathan Gross
Melissa A. Dubbs
Mound Cotton Wollan & Greengrass LLP
2200 Powell Street, Suite 1050
Emeryville, CA 94608
Telephone:  510-900-9371
Facsimile:  510-900-9381

*Attorneys for Defendants National Surety Corporation*

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 18, 2022, at San Diego, California.

_____
Jaime M. Garcia