LATHAM & WATKINS LLP
    Brook B. Roberts (SBN: 214794)
        (*brook.roberts@lw.com*)
    James A. Tabb (SBN: 208188)
        (*jimmy.tabb@lw.com*)
    Michael L. Huggins (SBN: 305562)
        (*michael.huggins@lw.com*)
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

Attorneys for Plaintiff
Kunde Enterprises, Inc.

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KUNDE ENTERPRISES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SURETY CORPORATION,<br><br>Defendant. | CASE NO. 4:19-cv-06636-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING PAGE LIMITATION FOR EVIDENTIARY OBJECTIONS AND RESPONSES THERETO** AS MODIFIED AND ADMONISHMENT TO COUNSEL<br>Judge:  Hon. Jeffrey S. White |

1    Plaintiff KUNDE ENTERPRISES, INC. ("Kunde") and Defendant NATIONAL

2    SURETY CORPORATION ("National Surety") (collectively, the "Parties"), by and through

3    their undersigned counsel, hereby stipulate as follows:

4        **WHEREAS**, the Court previously issued an Order (Dkt. 56) setting a 15-page limit for

5    each of Kunde's Reply in Support of its Motion for Partial Summary Judgment and Opposition to

6    Defendant National Surety Corporation's Cross-Motion for Summary Judgment or in the

7    Alternative Partial Summary Judgment ("Kunde's Reply/Opposition") and for National Surety's

8    Reply in support of its Cross-Motion ("National Surety's Reply");

9        **WHEREAS**, Civil Local Rule 7-3 states that "[a]ny evidentiary and procedural objections

10   to [an] opposition must be contained within the reply brief or memorandum;"

11       **WHEREAS**, the Parties have met and conferred and agree that, in light of the 4-brief

12   schedule pertaining to the Parties' cross-motions, asserting and responding to any evidentiary

13   objections within the applicable 15-page limit as required by Civil Local Rule 7-3 would

14   substantially impede their ability to address the substantive issues in this matter; and

15       **WHEREAS**, the Parties each require an additional 12 pages solely for purposes of

16   asserting and responding to any evidentiary objections.

17       **NOW, THEREFORE**, the Parties stipulate and seek a further Order as follows:

18   1.   The Parties shall be provided ~~12~~ 10 pages solely to assert any evidentiary objections

19        and responses thereto, which shall be in addition to the 15 pages to which the

20        Parties' are entitled to assert any substantive arguments in their respective briefs,

21        pursuant to Local Rule 7-3. Kunde's Reply/Opposition and National Surety's Reply shall not exceed 25 pages.

22   2.   ~~The Parties may assert their evidentiary objections and responses thereto at the~~

23        ~~end of their respective briefs or may assert them in a separate document that shall~~

24        ~~be filed concurrently with their respective briefs.~~

25   Evidentiary objections must be contained in the respective briefs and shall not be filed separately.  *See* N.D. Civ. L.R. 7-3(a), (c).

26    IT IS SO STIPULATED.

27

28

Date:  March 31, 2022                    MOUND COTTON WOLLAN & GREENGRASS LLP

                                         By:    _/s/ Melissa A. Dubbs_
                                                Melissa A. Dubbs
                                                Jonathan Gross
Date:  March 31, 2022                           *Attorneys for Defendant*
                                                *National Surety Corporation*

                                         LATHAM & WATKINS LLP

                                         By:    _/s/ James A. Tabb_
                                                James A. Tabb
                                                *Attorney for Plaintiff*
                                                *Kunde Enterprises, Inc.*

## SIGNATURE ATTESTATION

        Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that

concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated:  March 31, 2022

                                         _/s/ James A. Tabb_
                                         James A. Tabb

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  _April 1_ , 2022

                                         _____
                                         Hon. Jeffrey S. White
                                         Judge of the United States District Court

The Court has previously advised the parties that they must seek requests for extensions well
in advance of the related deadline.  (*See* Dkt. No. 69.)  However, the parties submitted this
request the day before Plaintiffs' combined opposition and reply is due.  The Court
ADMONISHES the parties that future requests for extensions or enlargement of page
limitations submitted without sufficient advance notice will be summarily denied.