Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Melissa Dubbs, State Bar No. 163650
mdubbs@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS, LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Telephone: (510) 900-9371
Facsimile:  (510) 900-9381

*Attorneys for* DEFENDANT
NATIONAL SURETY CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUNDE ENTERPRISES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL SURETY CORPORATION,<br><br>    Defendant. | Case No. 4:19-cv-06636-JSW<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT 5 TO THE DECLARATION OF MELISSA A. DUBBS IN SUPPORT OF NATIONAL SURETY CORPORATION'S CROSS MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing Date: May 6, 2022**<br>**Time: 9:00 a.m.**<br>**Dept.: Courtroom 5, 2nd Floor**<br>Judge: Judge Jeffery S. White |

Having considered the Joint Administrative Motion to File Under Seal Exhibit 5 To Declaration Of Melissa A. Dubbs In Support Of National Surety Corporation's Cross Motion For Summary Judgment Or In The Alternative Partial Summary Judgment And Opposition To Plaintiff's Partial Motion For Summary Judgment, the Court finds that the document set forth in the table below is sealable pursuant to Civil L.R. 79-5.

| DOCUMENT | CONTENT | PORTIONS SOUGHT TO BE SEALED |
|---|---|---|
| Dubbs Declaration, Exhibit 5, which is Exhibit 2 to the Examination Under Oath of Patrick Roney and Zach Long | Letter from Plaintiff's Counsel to Defendant's Counsel responding to Defendant's Request for Information dated January 7, 2021. | The second column of the three-column table entitled "Grape Cost" which contains Kunde's confidential proprietary information. |

The motion to file under seal is hereby GRANTED.

**IT IS SO ORDERED.**

Dated:  June 21 , 2022

*/s/ Jeffrey S. White*

Honorable Jeffrey S. White
United States District Judge

MOUND COTTON WOLLAN & GREENGRASS, LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371   FACSIMILE: (510) 900-9381