1  LATHAM & WATKINS LLP
2     Brook B. Roberts (SBN: 214794)
         (*brook.roberts@lw.com*)
3     James A. Tabb (SBN: 208188)
         (*jimmy.tabb@lw.com*)
4     Michael L. Huggins (SBN: 305562)
         (*michael.huggins@lw.com*)
5  12670 High Bluff Drive
   San Diego, California 92130
6  Telephone: +1.858.523.5400
7  Facsimile: +1.858.523.5450

8  Attorneys for Plaintiff
   Kunde Enterprises, Inc.
9

10 [Additional Counsel in Signature Block]

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                              OAKLAND DIVISION

15

16 | KUNDE ENTERPRISES, INC., | CASE NO. 4:19-cv-06636-JSW |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO DISMISS ACTION PURSUANT TO SETTLEMENT AGREEMENT** |
| v. | |
| NATIONAL SURETY CORPORATION, | Judge: Hon. Jeffrey S. White |
| Defendant. | Courtroom: 5 |
| | Pretrial Conference Date: NONE SET |
| | Trial Date: NONE SET |

TO THIS HONORABLE COURT:

IT IS HEREBY STIPULATED by and between Plaintiff Kunde Enterprises, Inc. and Defendant National Surety Corporation (collectively, the "Parties"), through their respective counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Parties' settlement agreement, all claims and causes of action alleged in the above-captioned action shall be dismissed with prejudice.

DATED:  January 3, 2023            LATHAM & WATKINS LLP

                                                */s/ James A. Tabb*
Brook B. Roberts
James A. Tabb
Michael L. Huggins
LATHAM & WATKINS LLP
*Attorneys for Plaintiff Kunde Enterprises, Inc.*

DATED:  January 3, 2023            MOUND COTTON WOLLAN & GREENGRASS LLP

                                                */s/ Melissa A. Dubbs*
Jonathan Gross
Melissa A. Dubbs
*Attorneys for Defendant National Surety Corp.*

### SIGNATURE ATTESTATION

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated:  January 3, 2023

                                                                           */s/ James A. Tabb*
                                                                              James A. Tabb