1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KUNDE ENTERPRISES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SURETY CORPORATION,<br><br>Defendant. | CASE NO. 4:19-cv-06636-JSW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION PURSUANT TO SETTLEMENT AGREEMENT**<br><br>Judge: Hon. Jeffrey S. White<br>Courtroom: 5<br><br>Pretrial Conference Date: NONE SET<br>Trial Date: NONE SET |

On January 3, 2023, Plaintiff Kunde Enterprises, Inc, and Defendant United National Insurance Company (collectively, the "Parties") filed a joint stipulation (Dkt. 91) to voluntarily dismiss with prejudice all claims and causes of action in the above-captioned action pursuant to the Parties' settlement agreement.

Based on the Parties' stipulation, and for good cause appearing, IT IS HEREBY ORDERED THAT:

1. The entire action and all claims asserted therein are DISMISSED with prejudice; and
2. All dates and deadlines in this action are VACATED and taken off calendar.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Honorable Jeffrey S. White
United States District Judge